**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00816-CR

**HECTOR JESUS CLAUDIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB14-04542-B**

## ORDER
Before Chief Justice Wright and Justices Fillmore and Stoddart

In accordance with the Court's opinion of this date, we **DIRECT** the Clerk of the Court

to issue the mandate in this appeal **INSTANTER**.

/s/    CRAIG STODDART
        JUSTICE